```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CARLYLE HERRING,                         :   23cv4522(DLC)
                                         :
                    Plaintiff,           :   ORDER
          -v-                            :
                                         :
ANGEL QUIROS, et al.,                    :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 16, 2023, the plaintiff was ordered to show cause why this action should not be dismissed. On June 21, the plaintiff clarified that he is seeking a declaration that the plaintiff is no longer on parole in the state of Connecticut. On June 23, the defendants replied. It is hereby

ORDERED that this case is dismissed without prejudice to the plaintiff seeking appropriate relief in Connecticut.

Dated:   New York, New York
         June 23, 2023

                                   _____
                                          DENISE COTE
                                   United States District Judge